IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 1:19-cr-14-KD-MU |
| | ) |
| DAVID NEIL FAIRCLOTH, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This action is before the Court on the motions to sever filed by defendants David Neil Faircloth, Jr., William Erwin Townley, and Judy Raley Townley (docs. 89, 90 & 92), the United States' responses (docs. 94, 95, 96), and *sua sponte* reconsideration of Defendant James Joel Harrison Thompson's motion to sever (doc. 66). The motions filed by Defendants Faircloth, Townley and Townley were heard on April 15, 2019.[1]

Upon consideration of the motions and responses and for reasons set forth on the record, Defendant Faircloth's motion (docs. 89) is GRANTED pursuant to Rule 8(b) of the Federal Rules of Criminal Procedure and Counts 1 through 5 are severed from Counts 10, 13, 16 through 21.[2] Accordingly, the Townley's motions (doc. 90, 92) are MOOT.

Upon *sua sponte* reconsideration, Defendant Thompson's motion is GRANTED IN PART pursuant to Rule 8(b) in that Counts 1 through 5 are severed from Counts 10, 13, 16 through 21.[3]

**DONE** the 15th day of April 2019.

                                                /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Defendant Judy Townley waived her appearance at the hearing.

[2] Counts 6-9, 11, 12, 14, 15 concern only Defendant Stephanie Merchant who has plead guilty to Count 1.

[3] Defendant Thompson is charged in Count 2 along with Defendant Faircloth.